UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN L. GARNER, )
      Petitioner )
    v. ) Civ. No. 04-12636-PBS
       )
UNITED STATES OF AMERICA, )
      Respondent. )
       )

FILED IN CLERK'S OFFICE
2005 JAN 31 A 11: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

**GOVERNMENT'S REQUEST FOR MORE TIME IN WHICH TO RESPOND TO SHAWN L. GARNER'S HABEAS PETITION PURSUANT TO 28 U.S.C. §2255**

The government hereby respectfully requests until March 4, 2005 in which to respond to petitioner Shawn Garner's habeas motion pursuant to 28 U.S.C. §2255. The lead government counsel (Joseph Laplante, Esq.) has left the Boston U.S. Attorney's office and this habeas petition was only recently forwarded to undersigned government counsel. Additionally, in order to properly respond to petitioner's motion, government counsel recently ordered from storage (and just obtained) the trial transcript which is relevant to the habeas petition.

Accordingly, the government respectfully requests until March 4, 2005 to respond to Shawn Garner's habeas petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

January 31, 2005      By: /s/ Brian T. Kelly
BRIAN T. KELLY
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

I, Brian T. Kelly, Assistant U.S. Attorney, hereby state that I have this 31st day of January, 2005, caused a copy of the foregoing to be served on Shawn Garner, Inmate # 23340-038, Federal Correctional Institute-Oakdale, P.O. Box 5050, Oakdale, LA, 71463, by U.S. mail.

/s/ Brian T. Kelly
BRIAN T. KELLY
ASSISTANT U.S. ATTORNEY