Mr. Shawn L. Garner                                    August 8, 2007
Reg.No.23340-038
FCC-USP Coleman-1
P.O. Box 1033
Coleman, Florida.
        33521

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
John Joseph Moakley Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts. 02210

IN CLERKS OFFICE
FILED

2007 AUG 13  P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: REQUEST FOR DOCKET SHEET: CIVIL ACTION: CASE No.04-12636-PBS:

: TO THE OFFICE OF THE CLERK:

    Dear Sir:

I am writing you in regards to a Civil Action that is being

addresses in this Honorable Court. I would like to request a

copy of the docket sheet to Case No.04-12636-PBS please.for

the above cause.

    Sir, I would like to thank you and your office for the

time spent in this matter.

                                        Sincerely,

                                        Mr. Shawn L. Garner