United States District Court
For the District of Massachusetts

FILED
IN CLERKS OFFICE

2007 NOV 26 P 3:13

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHAWN L GARNER,
PETITIONER

v.

Civil Case No: 04-12626

United States of America,
Respondent,

MOTION TO PETITION COURT TO GRANT PETITIONER A CERTIFICATE OF APPEALABILITY (COA) TO APPEAL THE DISTRICT COURT DENIAL OF AN EVIDENTIARY HEARING TO PETITIONERS HABEAS CORPUS PETITION PURSUANT TO 28 USC §2255

Now, comes the petitioner, SHAWN L GARNER, moves this honorable court to grant a certificate of appealability (COA) to allow the petitioner the ability to appeal the district court's denial of his habeas corpus petition pursuant to Title 28 U.S.C. §2255 without an evidentiary hearing.

The petitioner can demonstrate cause to the court for not timely petitioning the court for a (COA). The petitioner was never informed by the courts that his §2255 petition was denied by the court. A copy of the court's memorandum and order was returned as undeliverable on February 28, 2006.

Respectfully Submitted

Shawn Garner #25370-038