Shawn L. Gaenor
D.O.P. No. 23340-038
Federal Correctional Complex
Coleman - USP #1
P.O. Box 1033
Coleman, Florida 33521

FILED
IN CLERKS OFFICE
2007 NOV 26  P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

November 21, 2007

United States District Court
For The District of Massachusetts
Clerk of the Courts Office
1 Courthouse Way, Suite 2300
Boston, Mass 02210

RE: Civil Case 04-12626  SHAWN GAENOR v UNITED STATES OF AMERICA

Dear Clerk:

Please find enclosed a hand written motion to be filed to the court. I ask that the court serve notice of this motion to AUSA Brian T. Kelly; United States Attorney's Office; John Joseph Moakley Federal Courthouse; 1 Courthouse Way, Suite 9200; Boston, Mass 02210.

The petitioner is unable to serve all parties involved, due to the inability to access a copy machine. Currently, Coleman - USP #1 is on an institutional lockdown. The lockdown began October 24, 2007 to this current date. The petitioner foresees that the institution will remain on lockdown status for an additional "few weeks", as stated by the warden in his memorandum.

Sincerely Submitted,

Shawn Gaenor #23340-038

UNITED STATES GOVERNMENT
# memorandum
FEDERAL BUREAU OF PRISONS
Federal Correctional Complex
Coleman, Florida 33521

November 20, 2007

MEMORANDUM FOR   INMATE POPULATION

FROM:   Michael W. Garrett, Complex Warden

SUBJECT:   Current Status of Lock Down

Although we will remain on lock down status for a few more weeks, I am very pleased with the progress being made during this transition period. The vast majority of you continue to cooperate with my staff and your behavior has been appropriate. Those of you who persist in making this transformation difficult, are being dealt with accordingly.

Thus far, our shakedowns have uncovered 36 weapons which have been removed from the compound. This means there are now 36 less opportunities for injury to staff and inmates. We are also removing many of the source materials being destroyed to manufacture these weapons.

In my previous communications, I mentioned that I planned to implement several changes to the rules and regulations which I believe will result in a more orderly environment for both you and my staff. The following is a list of rules which, beginning immediately, will be enforced without question. Many of these rules are drawn from the prohibited acts of which you were given notice when you entered this facility. Please read and familiarize yourself with these regulations. Your compliance with each of them is mandatory and there will be zero tolerance for anything less.

Once again, I appreciate your patience and cooperation during this time of change.

## INMATE RULES

1. Inmates shall wear the proper institution issued attire, Monday through Friday from 6:00 a.m. to 4:00 p.m.
2. Clothing must be worn properly. All shirts will be tucked in. Pants will not be allowed to sag and shall be worn with a belt around the waist.
3. Inmates are only allowed to possess and wear authorized religious head wear.
4. No "do-rags" or other non-religious head coverings will be worn anywhere except for the housing units.
5. Inmates and whatever they have in their possession will have to clear the metal detectors. There will be no more slinging one's arm through the detectors. If an inmate can not clear the metal detector (wheelchair bound, metal prostheses), he will submit to a pat search.
6. Inmates must walk through the metal detectors normally.
7. All inmate items such as bags and materials will be visually searched and must pass through the metal detectors.

8. Inmate work details will be required to produce proper work passes to assigned staff prior to entering or leaving any work site/location.
9. Inmates will only wear necklaces/medallions which are authorized by religious services and national policies.
10. Hats and sunglasses must be removed prior to entering any building and will not be worn inside unless expressly authorized by a health services staff member. Such passes must be carried at all times.
11. NOTHING, to include unauthorized food items or containers will be allowed in or out of Food Service.
12. During movement in the corridors, inmates will always walk to the right of the center of the hallway.
13. During movement on the compound inmates will walk on the side of the walk closest to the fence.
14. Inmates will not walk on the grass except on the Recreation yard.
15. Inmates will not be permitted to lean on walls nor loiter on the grass areas.
16. There will be no running on the compound.
17. During emergency situations inmates MUST get on the ground against the nearest fence or wall unless directed differently by staff. Inmates must get out of responding staff's way during emergencies.
18. Once inmates are done eating they are to exit the dining room immediately.
19. Inmates are not allowed in any housing unit other than the one to which they are assigned.
20. No altered clothing will be worn and will be confiscated as contraband.
21. Cells will be cleaned daily and beds must be made Monday through Friday by 7:45 a.m. and must always be inspection ready.
22. Windows and air vents in cells will not be covered with any material at any time.
23. Makeshift clotheslines are not permitted.
24. Inmates will not speak to staff nor to each other in a disrespectful manner.
25. Inmates must carry their ID cards at all times and are expected to present it upon request by any staff.
26. Inmates are not allowed to have sanitation supplies in their cell.
27. Inmates are not authorized to paint their cell.
28. Homemade shelves are not permitted in cells or in lockers.
29. No Food Service white clothing is to be worn on the recreation yard.
30. Inmates must have Pill Line / Insulin Line cards to be allowed in line.
31. No gray bags with zippers.
32. Only clear cups/mugs are allowed and no coolers are authorized.
33. Inmates will only move on the ten minute move unless specifically requested by staff.
34. If an inmate does not make the 10-minute move, they will be considered out of bounds and will be subject to appropriate consequences.
35. Inmates will submit to searches at any time requested.
36. Inmates will not argue with staff.
37. Inmates will not touch staff; inappropriate gestures toward female staff (cat-calling/whistling), will not be tolerated.
38. Inmates will not masturbate in the presence of staff or other inmates.
39. Inmates will not assemble in large groups without the permission of staff.
40. Inmates will not gamble or possess gambling materials.
41. Inmates will not be in possession of any weapons or weapon-making materials.
42. While waiting to be called for Commissary, inmates will line up against the corridor wall in an orderly manner; no sitting or laying down in corridor.
43. Inmates will not ring the staff bell to gain entrance into a housing unit.
44. Inmates may not consume commissary items outside of their assigned housing unit; a limited amount of beverages may be brought to the recreation yard, i.e., two sodas, one cup/mug of water.
45. Headphones may not be worn while walking on the compound.
46. Inmates assigned to work in the Recreation Department must dress appropriately. Shorts or sweats are not permitted while working.
47. No bags of any kind nor pillow cases are to be brought to the Recreation Yard.
48. Inmates must stand for the daily 4:00 p.m. count (Monday through Friday) and for the 10:00 a.m. count on weekends and holidays.