UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
SHAWN L. GARNER,               )
          Petitioner,          )
                               )
     v.                        )  CIVIL ACTION NO. 04-12636
                               )
UNITED STATES OF AMERICA,      )
          Respondent.          )
_____)
```

**DENIAL OF**
**CERTIFICATE OF APPEALABILITY**

December 3, 2007

Saris, U.S.D.J.

Pursuant to 28 U.S.C. § 2253(c)(3), I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.[1]

S/PATTI B. SARIS
United States District Judge

---

[1] It is not clear that this request is timely.  Petitioner did not receive the opinion when it was filed on February 14, 2006.  The mail was returned as undeliverable, apparently because we did not have a current or accurate address.  Still, he received the docket sheet on or about August 29, 2007 and waited until November 26, 2007 to request this certificate.  Petitioner shall ensure that the Court have a current address.