MADC
04-CV-12636

2007 DEC 17 P 1:33

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR 1st

Shawn L. Garner
B.O.R. No. 23340-038
Federal Correctional Complex - Coleman USP #1
P.O. Box 1033
Coleman, Florida 33521

December 10, 2007

First Circuit Court of Appeals
United States Courthouse
1 Courthouse Way
Boston, Mass. 02210

Dear Clerk of the Court;

    I am writing to inform the Court that on December 3, 2007 the district court (Saris, U.S.D.J.), pursuant to 28 U.S.C. § 2253 (c)(6), issued a denial of certificate of appealability on Civil Action 04-12636. I received notice of denial on December 7, 2007, through institutional mail.

    Currently, Coleman - United States Penitentiary inmate population is on an institutional lockdown status (Oct. 24 - current), hindering my ability to effectuate a proper notice of appeal to this Honorable Court. I ask that this letter be filed on the First Circuit docket and be construed as a timely filed notice of appeal.

    I also request that all time limits for filing be suspended. Due to the law library being inaccessible and the appellant is filing Pro Se. It will be the responsibility of the applicant to promptly notify the Court of the date the institution is back to normal operations.

Sincerely Submitted,
S.C.