UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12636

Shawn L. Gardner

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-11

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/17/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 2, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/2/08 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12636-PBS

Garner v. United States of America
Assigned to: Judge Patti B. Saris
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 12/13/2004
Date Terminated: 02/14/2006
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Shawn L. Garner**   represented by   **Shawn L. Garner**
23340-038
FCC-USP Coleman-1
P.O. Box 1033
Coleman, FL 33521
PRO SE

V.

**Respondent**

**United States of America**   represented by   **Brian T. Kelly**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3197
Fax: 617-748-3954
Email: brian.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by Shawn L. Garner.(Patch, Christine) (Entered: 12/21/2004) |
| 12/13/2004 | 2 | MEMORANDUM by Shawn L. Garner in Support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: |

CM/ECF - USDC Massachusetts - Version LSR 3.1.2 as of 12/15/2007
Case 1:04-cv-12636-PBS   Document 12-2   Filed 01/02/2008   Page 2 of 3
Page 2 of 3

| | | 12/21/2004) |
|---|---|---|
| 12/13/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Patch, Christine) (Entered: 12/21/2004) |
| 12/22/2004 | 3 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2255 Motion. Order ntered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Patch, Christine) (Entered: 12/29/2004) |
| 01/04/2005 | | Return receipt received for mail sent to Shawn L. Garner Delivered on no date indicated (Patch, Christine) (Entered: 01/11/2005) |
| 01/31/2005 | 4 | MOTION for Extension of Time to 3/4/05 to File Response as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America.(Patch, Christine) (Entered: 02/08/2005) |
| 02/08/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 4 Motion for Extension of Time to File Response to 1 Motion to Vacate/Correct/Set Aside Sentence. Responses due by 3/4/2005 (Patch, Christine) (Entered: 02/08/2005) |
| 03/02/2005 | 5 | Response and Opposition by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Attachments: # 1 Exhibit A# 2 Exhibit B)(Patch, Christine) (Entered: 03/07/2005) |
| 02/14/2006 | 6 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER denying the habeas petition and denying the request for a hearing. (Patch, Christine) (Entered: 02/16/2006) |
| 02/14/2006 | | Civil Case Terminated. (Patch, Christine) (Entered: 02/16/2006) |
| 02/28/2006 | | Mail Returned as Undeliverable. Mail sent to Shawn Garner (Patch, Christine) (Entered: 03/01/2006) |
| 08/13/2007 | 7 | Letter from Shawn L. Garner requesting a copy of his docket sheet. (Patch, Christine) (Entered: 08/15/2007) |
| 08/15/2007 | | DOCKET SHEET sent to Shawn L. Garner (Patch, Christine) (Entered: 08/15/2007) |
| 08/27/2007 | | Mail Returned as Undeliverable. Mail sent to Shawn L. Garner (Patch, Christine) (Entered: 08/28/2007) |
| 08/29/2007 | | DOCKET SHEET sent to Shawn L. Garner (Patch, Christine) (Entered: 08/29/2007) |
| 11/26/2007 | 8 | MOTION for Certificate of Appealability by Shawn L. Garner.(Patch, Christine) (Entered: 11/27/2007) |
| 11/26/2007 | 9 | Letter from Shawn Garner requesting the Clerk's office to serve Motion to AUSA Brian Kelly. (Attachments: # 1 Memorandum for Inmate Population)(Patch, Christine) (Entered: 11/27/2007) |

| 12/03/2007 | 10 | Judge Patti B. Saris : ORDER entered denying 8 Motion for Certificate of Appealability (Patch, Christine) (Entered: 12/04/2007) |
| 12/17/2007 | 11 | NOTICE OF APPEAL as to 10 Order on Motion for Certificate of Appealability by Shawn L. Garner NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/7/2008. (Patch, Christine) (Entered: 12/27/2007) |