**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 08-1037

SHAWN L. GARNER,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

---

**JUDGMENT**

Entered: February 26, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:
Richard Cushing Donovan, Clerk

By: __MARGARET CARTER__
Chief Deputy Clerk.

[cc: Brian T. Kelly, AUSA, Dina M. Chaitowitz, AUSA, Shawn L. Garner]